PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

For The

**District of New Jersey**

UNITED STATES OF AMERICA

v.

Crim. No.   02-00180-001

Ralph Alston

On September 16, 2004, the above named was placed on probation for a period of 3 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*[signature]*

United States Probation Officer  
Paul E. Choinski

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this ___3___ day of _____, 200_7_.

*[signature]*

United States District Judge